# IN THE SUPREME COURT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF | : No. 2260 Disciplinary Docket No. 3 |
| | : |
| HERBERT KARL SUDFELD, JR. | : Board File No. C2-15-599 |
| | : |
| | : (United States District Court for the |
| | : Eastern District of Pennsylvania, No. 2:15- |
| | : cr-00330-CMR-1) |
| | : |
| | : Attorney Registration No. 24691 |
| | : |
| | : (Bucks County) |
| | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of April, 2016, the Joint Petition to Temporarily Suspend an Attorney is granted, Herbert Karl Sudfeld, Jr. is placed on temporary suspension, *see* Pa.R.D.E. 214(d)(5), and he shall comply with all the provisions of Pa.R.D.E. 217.